Arthur J. Magee and Evelyn M. Magee, Appellants, v. Mary M. Noth, Appellee.

Gen. No. 49,058.

First District, First Division.

September 16, 1963.

Spang-ler and Greenberg, of Chicago (Erwin H. Greenberg, of counsel), for appellant; Thomas A. Mass, Jr., of Chicago, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.